UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TROY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14CV182 SNLJ |
| FRED W. COPELAND, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Before the Court are two letters filed by plaintiff seeking to reopen the present action. [Doc. #16 and #17]. This matter was dismissed as frivolous, pursuant to 28 U.S.C. § 1915(e) on January 23, 2015. Plaintiff appealed the dismissal to the Eighth Circuit Court of Appeals, and the dismissal was affirmed on May 26, 2015. The Court finds no grounds to reopen the present action.

Accordingly,

**IT IS HEREBY ORDERED** that to the extent plaintiff is seeking to reopen the present action, his requests to do so [Doc. #16 and #17] are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional filings in this closed action.

Dated this 2nd day of October, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE